Closed 1/21/09

United States Bankruptcy Court
Southern District of Texas
FILED
AUG 28 2000
Michael N. Milby, Clerk

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS

IN RE:                                    ]
                                          ]   CASE NO. 92-41466-H1-7
NORGULF SHIPPING LIMITED                  ]
                                          ]
                                          ]
_____]

APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

    The undersigned, Charlene J. Keys - Keys Research applies to the court for entry of an Order directing the Clerk of the Court to remit to the applicant the sum of $3,341.87, said funds having been deposited into the Treasury of the United States pursuant to the Order of this Court as unclaimed funds for the creditor EURO MARINTECHNIC SERVICES B.V., Havenstraat 18-2984 AC Ridderkerk, The Netherlands, (0)180-425444.

    Applicant further states that:

1.    Applicant has entered into an agreement or otherwise represents the Creditor in this application, the terms and conditions of such agreement are attached as an original Limited Power of Attorney from the individual creditor or Corporation.

2.    Applicant has made sufficient inquiry and has no knowledge that this claim has been previously paid, that any other application for this claim is currently pending before the Court, or that any party other than the applicant is entitled to submit an application for this claim.

3.    The address shown on the report of unclaimed funds is that of an office formerly used by Euro Marintechnic Services B.V. We are corresponding with the company's president at the corporate headquarters, shown above.

4.    The undersigned certifies, under penalty of perjury, that the attachments submitted in support of this application are filed in good faith and are intended to recover funds rightfully owned by the Creditor.

Dated: 8/23/00

Charlene J. Keys
Keys Research

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS

IN RE:                                    ]
                                          ]
                                          ]   CASE NO. 92-41466-H1-7
    NORGULF SHIPPING LIMITED              ]
                                          ]
                                          ]
_____]

ORDER TO RELEASE UNCLAIMED FUNDS

IT APPEARING THAT, an amount of $3,341.87, constituting unclaimed funds due to EURO MARINTECHNIC SERVICES B.V., Creditor in the above referenced case, are being held in the Court's registry account of unclaimed funds or on deposit with the United States Treasury according to Title 11 of the U.S. Code, section 347(a).

IT ALSO APPEARING THAT, Keys Research, Attorney-in-Fact for EURO MARINTECHNIC SERVICES B.V., has furnished all necessary documentation and otherwise has complied with the requirements for release of unclaimed funds, including all applicable provisions of 28 U.S.C. Section 2042. A Power of Attorney granting authority to petition the court to collect funds on behalf of the above referenced creditor has been filed for the creditor EURO MARINTECHNIC SERVICES B.V.

THEREFORE, IT IS HEREBY ORDERED THAT, the Clerk of Court shall pay the unclaimed funds in the amount of $3,341.87 to the order of the following:

    EURO MARINTECHNIC SERVICES B.V.
    c/o Keys Research
    12946 Kent-Kangley Road, Suite 281
    Kent, WA  98031
    (253) 631-8015


Dated:_____       _____
                                  United States Bankruptcy Judge

## LIMITED POWER OF ATTORNEY

I(We), do hereby grant to Charlene J. Keys d/b/a Keys Research, my true and lawful attorney-in-fact for me and in my name, place and stead, giving unto my attorney-in-fact full power to do and perform all and every act that I may legally do through an attorney-in-fact, for the following limited purpose and for no other:

To reclaim, recover and return unclaimed funds in the amount of $ 3,341.87 only, less agreed upon fee, to the signatory below.

I (We), do hereby grant my attorney-in-fact every power necessary to carry out the limited purposes for which this power of attorney is granted.

The rights, powers, and authority of my attorney-in-fact herein granted shall commence and be in full force and effect from the date I sign this power of attorney and such rights, powers, and authority shall remain in full force and effect thereafter until ___31 DECEMBER 2000___ or until collected.

Dated __17 AUGUST 2000__    Signed _____

                             R. MOLSBERGEN
      CORPORATE              Type or print name
      SEAL                   Title __DIRECTOR__

                             SS# or Tax Id # __NL 0031.01.290__

**(If seal is unavailable, sign Affidavit below)
**AFFIDAVIT:
The Corporate Seal for this Corporation is / not available.

Dated __17 AUGUST 2000__    Signed _____
                                   as notarized below
-------------------------------------------------------------

State of __The Netherlands__, County of __Rotterdam__

ACKNOWLEDGED before me on this date __August 18, 2000__, by the individual described above and holding the position designated in this instrument, and who has appeared before me to acknowledge the execution thereof to be of his/her free act and deed.

                             __Frank Evert Roos.__
                             NOTARY PUBLIC
                             My commission expires __April 1, 2022__



MARINE SPARES

# EURO MARINTECHNIC SERVICES B.V.

Havenstraat 18 - 2984 AC Ridderkerk  
P.O. Box 73 - 2980 AB Ridderkerk  
The Netherlands  
Tel.  : (0)180 - 425444  
Fax  : (0)180 - 424011  
Telex : 27031 emts nl

Bankers:  
ABN-AMRO Rotterdam  
Account no. 50.03.14.527  
V.A.T. no. NL 0031.01.290.B01  
Chamber of Commerce  
Rotterdam 24123027

Keys Research  
12946 Kent – Kangley Road  
Suite 281, Kent – WA 98031  
U.S.A.

Ridderkerk, 18th August 2000

Dear Sirs,

Subject: unclaimed funds USD 3341.87.

We refer to your letter dated July 27, 2000 and are pleased to enclose the necessary documents to recover the fund of USD 3341.87 only.

We trust this will be sufficient to finalise this matter and look forward to your confirmation of successful recovery. Should you have any further questions/comments please do not hesitate to contact us.

Yours faithfully,

Euro Marintechnic Services B.V.  
RIDDERKERK

R. Molsbergen  
President Director

Overseas Offices in: Tokyo, London, Lisbon, New York, Los Angeles, Singapore, Pusan, Taipei, Hong Kong

# EURO MARINTECHNIC SERVICES B.V.

Postgiro 3239545
Bank: ABN Rotterdam,
    Rek. nr. 50.03.14.527
  B.O.T. Rotterdam
    Rek. nr. 63.56.50.630
K.v.K. Rotterdam 123027

Telefoon: (010) 112985*
Telex: 27031
Telegrams: Marintech.

ROTTERDAM-3001,  24th April 1980.
Kipstraat 5 d
P.O. Box 22091
BM/mt

Messrs. Tokyo Sangyo Co.Ltd.,
TOKYO.-



MARINE SPARES

# EURO MARINTECHNIC SERVICES B.V.

Kipstraat 3d-5d - 3011 RR Rotterdam
P.O. Box 22091 - 3003 DB Rotterdam
Tel.   : (0)10-4112985
Fax.   : (0)10-4127668
Telex  : 27031 emts nl

Postgiro 3239545
Bank: ABN Rotterdam
Rek. nr. 50.03.14.527
K.v.K. Rotterdam 123027

Gleneagle Shipmanagement Inc
6220 Westpark, Ste 225
HOUSTON TEXAS 77057
U.S.A.

State with remittance:

**DEBET - INVOICE**     100147 27593

Date: December 12 1991

M/V "GULF ATLANTIC"

Your orderno: 5201-018-25428
Our  orderno: 4563

For: Transducer Type Helpor P-5
S/n 7505118 24 VAC Range 0-4 Kg/Cm2
Out Put 0-5 MA Mfg.: Electro Prosgrunn,
Norway

| | | | | |
|---|---|---|---:|---|---:|
| 1 | Off Lub Oil Low Pressure Transducer | 4,425.00 | NOK | 4,425.00 |
| | Packing & Local Transport | | NOK | 170.00 |
| | Airfreight & Ass. Charges from Oslo to Rio de Janeiro | | NOK | 1,260.00 |
| | Total C&F Rio de Janeiro | | NOK | 5,855.00 |

8590

Euro Marintechnic Services B.V.
B. Molsbergen
Managing Director

1.786.50

B10 (Official Form 10)
(Rev. 6/91)

| United States Bankruptcy Court<br>_____ District of _____ | PROOF OF CLAIM |
|---|---|

In re (Name of Debtor): NORGULF SHIPPING LTD

Case Number: 92-41466 HDL

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" of payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

**Name of Creditor**
*(The person or entity to whom the debtor owes money or property)*

**Name and Addresses Where Notices Should be Sent**
[illegible]
Kipstraat 50 - Postbus 21031
3003 DB ROTTERDAM
HOLLAND

Telephone No.

☒ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

United States Bankruptcy Court
Southern District of Texas
FILED
APR 06 1992
Jesse E. Clark, Clerk

THIS SPACE IS FOR COURT USE ONLY

ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR:
GLENEAGLE SHIPMANAGEMENT INC.

Check here if this claim: ☐ replaces  ☐ amends  a previously filed claim, dated: _____

**1 BASIS FOR CLAIM:**
☒ Goods sold
☐ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other (Describe briefly)

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensations (Fill out below)
  Your social security number _____
  Unpaid compensations for services performed
  from _____ to _____
       (date)          (date)

**2. DATE DEBT WAS INCURRED:** SEE ATTACHED

**3. IF COURT JUDGMENT, DATE OBTAINED:**

**4. CLASSIFICATION OF CLAIM.** Under the Bankruptcy Code all claims are classified as one or more of the following: (1) Unsecured nonpriority, (2) Unsecured Priority, (3) Secured. It is possible for part of a claim to be in one category and part in another.
CHECK THE APPROPRIATE BOX OR BOXES that best describe your claim and STATE THE AMOUNT OF THE CLAIM.

☐ SECURED CLAIM $ _____
Attach evidence of perfection of security interest
Brief Description of Collateral:
  ☐ Real Estate  ☐ Motor Vehicle  ☐ Other (Describe briefly)

Amount of arrearage and other charges included in secured claim above, if any $ _____

☐ UNSECURED NONPRIORITY CLAIM $ _____
A claim is unsecured if there is no collateral or lien on property of the debtor securing the claim or to the extent that the value of such property is less than the amount of the claim.

☐ UNSECURED PRIORITY CLAIM $ _____
Specify the priority of the claim
☐ Wages, salaries, or commissions (up to $2000), earned not more than 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier—11 U.S.C § 507(a)(3)
☐ Contributions to an employee benefit plan—U.S.C. § 507(a)(4)
☐ Up to $900 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use—11 U.S.C. § 507(a)(6)
☐ Taxes or penalties of governmental units—11 U.S.C. § 507(a)(7)
☐ Other—11 U.S.C. §§ 507(a)(2), (a)(5)—(Describe briefly)

**5 TOTAL AMOUNT OF CLAIM AT TIME CASE FILED** $ SEE ATTACHED (Unsecured)  $ _____ (Secured)  $ _____ (Priority)  $ _____ (Total)

☐ Check this box if claim includes prepetition charges in addition to the principal amount of the claim. Attach itemized statement of all additional charges.

**6 CREDITS AND SETOFFS:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim. In filing this claim, claimant has deducted all amounts that claimant owes to debtor.

**7. SUPPORTING DOCUMENTS:** *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, or evidence of security interests. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8 TIME-STAMPED COPY:** To receive an acknowledgement of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

THIS SPACE IS FOR COURT USE ONLY

78

Date: 20/3/92

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any)
LURO MARINTECHNO SERVICES B.V.
B. MOLSBERGEN
Managing Director

*Penalty for presenting fraudulent claim.* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

# EXHIBIT "A"

## SMALL DIVIDENDS

XX        UNCLAIMED DIVIDENDS

| Name & Address | Claim No. | Amount |
|---|---|---|
| Computer Cable Services<br>2400 Central Parkway, Suite C<br>Houston, Texas 77092 | 4 | 3,224.98 |
| Executive Pro-Temps, Inc.<br>Blaine E. Sampson<br>7915 FM 1960 West, Suite 175<br>Houston, TX 77070 | 8 | 469.94 |
| Samjin Steamship Company<br>5th Floor Woodo Building 363-5<br>Seokyo-Dong, Maop-Ku, Seoul<br>Korea 121-210 | 72 | 727.72 |
| Efectos Navales Alpe SA<br>Calabria 29<br>08015 Barcelona Spain | 75 | 1,472.61 |
| Euro Marintechnic Services<br>Kipstraat 5d - Posibus 22091<br>3003 DB Rotterdam Holland | 78 | 3,341.87 |
| Russell S. Weaver<br>c/o Microtec<br>10922 Olivewood Drive<br>Houston, TX 77089 | 98 | 772.37 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
ENTERED

JUL 17 1998

MICHAEL N. MILBY, CLERK OF COURT

IN RE: §
 §
NORGULF SHIPPING LIMITED § CASE NO. 92-41466-H1-7
 §
DEBTOR. §

### ORDER AUTHORIZING TRUSTEE
### TO PAY FUNDS INTO THE REGISTRY OF THE COURT
### UNDER 11 U.S.C. §374(a)

CAME ON FOR CONSIDERATION, the Trustee's Motion to Pay Funds into the Court Registry under 11 U.S.C. §374(a), and the Court, having considered the Motion, is of the opinion that the Motion is well taken and the Court further finding that notice of said Motion is not required, it is therefore,

ORDERED, that Nelson T. Hensley, Trustee is authorized to pay funds in the amount of $43,606.88, now held by him in the above-styled and numbered case, together with any accrued interest thereon, into the registry of the Court.

SIGNED this the ___ day of _____, 1998.    JUL 16 1998

MANUEL D. LEAL
UNITED STATES BANKRUPTCY JUDGE

791



# Keys Research

# Abandoned Funds Investigation & Recovery

12946 Kent-Kangley Road Suite 281, Kent, WA 98031
253-631-8015
FAX 253-631-0153

PROOF OF SERVICE BY U.S. MAIL

KEYS RESEARCH declares that on August 23, 2000, a letter directed to the U.S. Attorney for the State of Texas, in compliance with U.S. Bankruptcy Court procedures of notification, was placed for delivery with the U.S. Postal Service in Kent, Washington.

I DECLARE under penalty of perjury under the United States of America that the foregoing is true and correct.

DATED 8/23/00                              BY: _____
                                                Charlene J. Keys
                                                Declarant
                                                Keys Research



# Keys Research

## Abandoned Funds Investigation & Recovery

12946 Kent-Kangley Road Suite 281, Kent, WA 98031
253-631-8015
FAX 253-631-0153

August 23, 2000

U.S. Attorney
P.O. Box 61129
Houston, TX   77208

Dear U.S. Attorney,

In compliance with Bankruptcy Court ruling and pursuant to 28 USC Section 2042, this letter is to serve notice of application to the United States Bankruptcy Court of the Southern District of Texas, for the release of unclaimed funds owing to the following creditor:

    Case # 92-41466-H1-7
    Debtor: Norgulf Shipping Limited
    Creditor: Euro Marintechnic Services B.V.

    This notice requires no action on your part.

Sincerely,

Charlene J. Keys
Keys Research

CC:   US Bankruptcy Court
      Houston, TX
      Andy Gould